## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re: Jesus Vargas and** ) | |
| ) | **Chapter 13** |
| **Esperanza A. Vargas** ) | **Case No. 18-12874** |
| ) | |
| ) | **Judge: Carol A. Doyle** |
| **Debtor(s)** ) | |

### NOTICE OF MOTION TO MODIFY THE CHAPTER 13 PLAN

**TO: Served Upon the following parties electronically:**

Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604, USTPRegion11.ES.ECF@usdoj.gov

Office of the Chapter 13 Trustee, M.O. Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604 via electronic court notification

**and served upon the following parties by regular U.S. mail:**

Jesus Vargas and Esperanza A. Vargas, 5408 S Spaulding, 1st FL, Chicago, IL 60632

See Attached Service List

  PLEASE TAKE NOTICE that on February 23, 2021, at 10:00 am., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place and present the Debtor's Motion to Modify the Chapter 13 Plan, a copy of which is attached.

  **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

  **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

  **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

  **Meeting ID and password**. The meeting ID for this hearing is 161 155 8289 and the password is Doyle742 to access the hearing. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**/s/ Claudia F. Badillo**
**Claudia F. Badillo #6294992**
**Badillo Law Group, P.C.**
**8745 W. Higgins Rd., Suite 110**
**Chicago, IL 60631**
**773-716-7736**
**badillolawyer@gmail.com**

### Certification of Service

The undersigned, an attorney, certifies that she transmitted a copy of this notice to the Attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 8745 W. Higgins Rd., Suite 110, Chicago, IL 60631 on February 01, 2021. Furthermore, I certify that Patrick S. Layng and Trustee Marilyn O. Marshall were notified via ECF notification on February 01, 2021.

**/s/ Claudia F. Badillo**
**Claudia F. Badillo #6294992**
**Badillo Law Group, P.C.**
**8745 W. Higgins Rd., Suite 110**
**Chicago, IL 60631**
**773-716-7736**
**badillolawyer@gmail.com**

**SERVICE LIST for Jesus and Esperanza Vargas**
**18-12874**

***via ECF/Electronic Transmission:**

Wells Fargo Bank, N.A.
Attn: Attorney Michael N Burke
SHAPIRO KREISMAN & ASSOCIATES, LLC
2121 Waukegan Road
Suite 301
Bannockburn, IL 60015
mburke@logs.com

***via US MAIL**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Fifth Third Bank
PO Box 9013
Addison, Texas 75001

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE, N.A.
(UNION PLUS)
POB 41067
Norfolk, VA 23541

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: Jesus Vargas and** ) | |
| ) | **Chapter 13** |
| **Esperanza A. Vargas** ) | **Case No. 18-12874** |
| ) | |
| ) | **Judge: Carol A. Doyle** |
| **Debtor(s)** ) | |

### MOTION TO MODIFY THE CHAPTER 13 PLAN AND SHORTEN NOTICE

NOW COME the Debtors, Jesus Vargas and Esperanza A. Vargas, by and through the Debtors' attorney, Claudia F. Badillo and the law firm of the Badillo Law Group, P.C., and hereby moves this Honorable Court to allow the Debtor to Modify their Chapter 13 plan, the Debtors state the following:

1) The Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on May 02, 2018.

2) This Honorable Court confirmed this plan on June 26, 2018. Debtors' Chapter 13 Plan proposes to pay monthly payments of $2600.00 per month for 60 months, paying general unsecured claims a dividend of 10.70% on their timely filed claims.

3) There is a continued Trustee Motion to Dismiss Case for Failure to Make Plan Payments that is going to be heard on February 23, 2021. This Motion to Modify Plan will hopefully resolve the issues raised in that Trustee's Motion to Dismiss.

4) Debtor and Joint Debtor work for Chicago Public schools, that income was not affected by the pandemic.

5) Debtor was working another part time job to supplement his income. Debtor had a stand at Swap-O-Rama Flea Market that was closed for three months and even

3

after it reopened, Debtor was not making the same income there. The city also closed the venue due to licensing issues and he just got his license to sell.

6) Debtor is back working at Swap-O-Rama Flea Market, he is making about $800 per month.

7) Debtor also is renting a home to family member at $1500 per month. That income was spotty during the pandemic but has since stabilized and Debtor is receiving that income regularly again too.

8) Debtors have paid approximately $74,392.87 into the Chapter 13 plan. Debtor is behind on payments due to no fault of his own. Debtor wishes to defer the default and continue trying to pay back his creditors.

9) Debtors anticipate having the good faith payment by the February 23, 2021 hearing.

WHEREFORE, the Debtors request that the court modify the Debtor's Chapter 13 Plan to defer the existing default, and for any other relief as just and proper.

Respectfully Submitted,

**/s/ Claudia F. Badillo**
**Claudia F. Badillo #6294992**
**Badillo Law Group, P.C.**
**8745 W. Higgins Rd., Suite 110**
**Chicago, IL 60631**
**773-716-7736**
**badillolawyer@gmail.com**

4