UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-12874 |
| Jesus Vargas and Esperanza A. Vargas | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE CHAPTER 13 PLAN

This cause coming to be heard on the Motion of the Debtors for entry of an Order modifying their Chapter 13 Plan;

IT IS HEREBY ORDERED that the motion is granted as follows:

1) The Debtors' Motion is granted. The Debtors' Chapter 13 Plan is modified to defer the existing default to the end of the plan.

2) Nothing in this order requires the Trustee to perform any collections on any previously confirmed plan.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 23, 2021

**Prepared by:**

Claudia F. Badillo #6294992
Badillo Law Group, P.C.
8745 W. Higgins Rd., Suite 110
Chicago, IL 60631
773-716-7736
badillolawyer@gmail.com